**ROGER D. WILSON    SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
Email: roger@wilson-law.com

Attorney for Defendant MISAEL GARCIA CARRANZA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:20-CR-00044-ADA-BAM** |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF ROGER WILSON AS ATTORNEY OF RECORD; ORDER.** |
| v. | |
| MISAEL GARCIA CARRANZA, | |
| Defendant. | |

On February 20, 2020, Misael Garcia Carranza was indicted on federal charges. Roger Wilson was appointed as trial counsel to represent Mr. Carranza on February 18, 2020. Mr. Carranza was sentenced pursuant to a plea agreement on May 30, 2023. The time for filing a direct appeal was July 31, 2023. No direct appeal was filed. Mr. Carranza was in custody at sentencing. The trial phase of Mr. Carranza's criminal case has, therefore, come to an end. Having completed his representation of Mr. Carranza, Roger Wilson now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Carranza require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: February 1, 2024,    Respectfully submitted,
/s/ Roger D. Wilson
ROGER D. WILSON
Attorney for Defendant, MISAEL CARRANZA

**ORDER**

Having reviewed the notice and found that attorney Roger Wilson has completed the services for which he was appointed, the Court hereby grants Roger Wilson's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Misael Garcia Carranza at the following address and to update the docket to reflect Defendant's pro se status and contact information: 3901 Klein Blvd., Lompoc, CA 93436-2700.

**IT IS SO ORDERED.**

DATED: February 8, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE