UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Misael Garcia Carranza,<br><br>　　　　　Defendant. | No. 1:20-cr-00044-KJM-BAM<br><br>ORDER |

　　　　Defendant Misael Garcia Carranza pleaded guilty to one count of possessing fentanyl with the intent to distribute in violation of 21 U.S.C. §§ 841 and 846. *See* Plea Agreement at 2, ECF No. 94. The Probation Department prepared a presentence investigation report, which was finalized without defense objections. *See generally* PSR, ECF No. 102; Probation Memo, ECF No. 102-2. According to that report, defendant was previously convicted of entering the United States without proper immigration documents. *See* PSR at 8–9. That conviction led to a total criminal history score of one and a criminal history category of I. *See id.* at 9; Sentencing Recommendation at 1, ECF No. 102-1. The district judge assigned to the case at that time imposed a sentence of 168 months' incarceration, the low end of the Guideline range, followed by a 36-month term of supervised release. *See* Judgment & Commitment, ECF No. 109.

　　　　Defendant now moves pro se for a reduction in his sentence under 18 U.S.C. § 3582(c)(2) and the retroactive effect of Amendment 821 to the Sentencing Guidelines. *See* U.S.S.G.

§ 4C1.1(a) (Nov. 1, 2023); Mot., ECF No. 87.  The court referred the matter to the Federal Defender's Office and set a briefing schedule under General Order 670.  *See* Min. Order, ECF No. 124.  The Federal Defender's Office did not assume representation.  The government opposes the motion.  *See generally* Opp'n, ECF No. 127.

Section 4C1.1(a) provides for a reduction in the offense levels of defendants who meet several criteria, including that "the defendant did not receive any criminal history points from Chapter Four, Part A."  U.S.S.G. § 4C1.1(a)(1).  Defendant received one criminal history point.  *See* PSR at 8–9.  For that reason, he is not eligible for a retroactive reduction under 18 U.S.C. § 3582(c)(2), and his motion is **denied**.  *See Dillon v. United States*, 560 U.S. 817, 827 (2010).

This order resolves ECF No. 123.

IT IS SO ORDERED.

DATED:  May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE